## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN A. PATTERSON,<br>NONA F. PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)  Case No. CIV-14-1144-W<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs, Glen and Nona Patterson and defendant, Farmers Insurance Company, Inc., hereby jointly stipulate to the dismissal of all claims and causes of action alleged by plaintiff in their Complaint *with prejudice*.

Dated: September 10, 2015

Respectfully submitted,

**RICHARDSON RICHARDSON BOUDREAUX**

*/s/ Raymond S. Allred*
Gary L. Richardson, OBA #7547
Charles L. Richardson, OBA # 13388
Raymond S. Allred, OBA #11747
Mbilike Mwafulirwa, OBA # 31164
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 *Telephone*
(918) 493-1925 *Fax*

-AND-

1

        /s/Michael D. Duncan
        (Electronically signed by filing attorney
        with permission of non-filing attorney)
        Michael D. Duncan, OBA No. 11601
        CHUBBUCK DUNCAN & ROBEY, P.C.
        100 North Broadway, Suite 2300
        Oklahoma City, OK 73102
        Telephone: 405-236-8282
        Facsimile: 405-236-2828